In the Matter of the Estate of IDA C. POTTS, Deceased.
STEPHEN F. AVERY, as Executor and Trustee, Appellant;
　ALFRED B. CHACE et al., Doing Business under the
　Name of CHACE BROTHERS et al., Respondents.

*Attorney and client — decedent's estate — Surrogate's Court — decree
fixing compensation of attorneys for services to estate — Court of
Appeals precluded by unanimous affirmance from consideration of
value of services.*

*Matter of Potts*, 213 App. Div. 59, affirmed.

(Argued November 25, 1925; decided December 15, 1925.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered May 6, 1925, which unanimously
affirmed a decree of the Columbia County Surrogate's
Court fixing, under section 231-a of the Surrogate's Court
Act, the compensation of attorneys for services rendered
the estate of Ida C. Potts, deceased.

*Daniel V. McNamee* for appellant.
*John L. Crandell* for respondents.

Order affirmed, with costs, on ground that the unani-
mous affirmance at the Appellate Division precludes the
consideration of the value of the services.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.